IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DENISE NATALE, ) | CASE NO.  5:10-cv-1205 |
| ) | |
| Plaintiff, ) | JUDGE JOHN R. ADAMS |
| ) | |
| v. ) | MAGISTRATE JUDGE |
| ) | NANCY A. VECCHIARELLI |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | **REPORT & RECOMMENDATION** |

Plaintiff, Denise Natale, filed this action seeking judicial review of a final administrative decision by Defendant, Michael J. Astrue, the Commissioner of Social Security, finding Plaintiff not disabled. This case is before the undersigned United States Magistrate Judge upon referral pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2.

Pursuant to the stipulation of the parties, the Magistrate Judge recommends that the case should be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 18.) On remand, the Appeals Council should send the claim to an Administrative Law Judge

("ALJ") for a *de novo* hearing and decision, and the ALJ should further evaluate the evidence of record, including the evidence bearing on the claimant's subjective complaints and alleged mental limitations.

*s/ Nancy A. Vecchiarelli*
Nancy A. Vecchiarelli
U.S. Magistrate Judge

Date: January 11, 2011

## OBJECTIONS
Any objections to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of this notice. 28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may waive the right to appeal the District Court's order. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).