UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE NATALE, | ) | CASE NO. 5:10-cv-1205 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| COMMISSIONER | ) | AND ORDER |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's application for Social Security Disability and for Social Security Income benefits for lack of disability in the above-captioned case. Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge Vecchiarelli for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a report and recommendation (Doc. 19) recommending that pursuant to the stipulation of the parties the Court reverse the Commissioner's decision and remand the matter for further proceedings. The parties, therefore, did not file objections to the report and recommendation.

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision denying Denise Natale benefits is REVERSED and the matter is REMANDED for further proceedings.

IT IS SO ORDERED.

Dated:  February 1, 2011                           */s/ John R. Adams*_____
                                                                  UNITED STATES DISTRICT JUDGE